**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

LONI NICOLE GRANGER; CASEY
MICHAEL GRANGER,

        Plaintiffs - Appellants,

   v.

FEDERAL BUREAU OF
INVESTIGATION; JACOB DANESI,
Galveston County Sheriff,

        Defendants - Appellees.

No. 25-2781

D.C. No. 2:24-cv-01946-LK

MEMORANDUM[*]

Appeal from the United States District Court
for the Western District of Washington
Lauren J. King, District Judge, Presiding

Submitted August 19, 2025[**]

Before:    SILVERMAN, HURWITZ, and BADE, Circuit Judges.

Loni Nicole Granger and Casey Michael Granger appeal pro se from the

district court's judgment dismissing as frivolous their action alleging federal civil

rights claims. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a

---

    [*]      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

    [**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

dismissal under 28 U.S.C. § 1915(e)(2). *Watison v. Carter*, 668 F.3d 1108, 1112 (9th Cir. 2012). We affirm.

The district court properly dismissed the Grangers' action as frivolous because the Grangers' allegations about harassment and surveillance lacked any arguable basis in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (concluding that a frivolous claim "lacks an arguable basis either in law or in fact" and that "[the] term 'frivolous' . . . embraces not only the inarguable legal conclusion, but also the fanciful factual allegation").

We do not consider issues that were not argued specifically in the opening brief. *See Greenwood v. FAA*, 28 F.3d 971, 977 (9th Cir. 1994).

The motion (Docket Entry No. 4) for a protective order and to seal is denied. The clerk will strike Docket Entry No. 4.

All other pending motions are denied.

**AFFIRMED.**

25-2781